UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KRISTAL FARQUHARSON, | Case No. 3:24-CV-00201-MMD-CLB |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION FOR HEARING** |
| v. | [ECF No. 27] |
| BELL LEXUS NORTH SCOTTSDALE, | |
| Defendant. | |

Before the Court is Plaintiff Kristal Farquharson's motion for hearing. (ECF No. 27.) The motion simply states: "I would like to request a hearing date." (*Id.*) However, it is unclear for what purpose Plaintiff needs to have a hearing as to date no defendant has appeared in this case. Further, pursuant to the Local Rules, parties must not file separate motions requesting a hearing. LR 78-1. Accordingly, Plaintiff's motion, (ECF No. 27), is **DENIED**.

IT IS SO ORDERED.

DATED: November 6, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**